

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00122-CR

Ignacio **SALAS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 17-12-00129-CRK
Honorable Russell Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED, and counsel's motion to withdraw is GRANTED.

SIGNED June 9, 2021.

Liza A. Rodriguez, Justice